■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SANTOS, Also Known as MIKE SANTOS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered May 29, 1985.

Ordered that the judgment is affirmed *(see, People v Taylor,* 105 AD2d 814; *People v Bonk,* 83 AD2d 695). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.